UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-0257-CV-JLK

IN RE: SEARCH AND SEIZURE WARRANT
FOR ROLLS ROYCE AND NARCOTICS
PROCEEDS,

_____/

## ORDER UNSEALING DOCUMENTS

The above-styled case is closed and not on appeal. On 11/06/03, the Clerk of Court sent a notice to the filing party of sealed documents explaining that the Court intended to unseal the documents unless the parties requested a different disposition. There has been no response received to the Clerk's Notice of Intent to Unseal, therefore the Clerk's Office is instructed to do the following:

Docket entry: **4 and 5**, (documents attached hereto), shall be unsealed, docketed, and placed in the court file.

**DONE** and **ORDERED** at Miami, Florida this ___2___ day of January, 2004.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed in the following manner: *Unsealed and placed in court file* by _____ on 1/6/04.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   96-0257-CV-JLK

STYLE:   IN RE: SEARCH AND SEIZURE WARRANT FOR ROLLS ROYCE AND NARCOTICS PROCEEDS

TO:   GUY A. LEWIS, AUSA, OR DESIGNEE

**CLERK'S NOTICE OF INTENT TO UNSEAL CIVIL DOCUMENTS**

Our records reveal that the following case was filed under seal upon your motion. The case was closed upon final adjudication on 02/09/96, and is not on appeal.

| Date Filed | Docket Entry | Description |
|---|---|---|
| 2/21/96 | 4 | SEALED AND EX PARTE NOTICE OF FILING |
| 2/21/96 | 5 | GOVERNMENT'S SEALED RESPONSE TO EMERGENCY MOTION TO QUASH |

**We intend to unseal these documents unless you respond and request a different disposition within thirty (45) calendar days of the issuance of this notice. If no response is received, the documents will be unsealed and made a part of the public record. Please send the attached response to: 301 N. Miami Ave., Miami, FL, 33128-7788.**

Clarence Maddox
Court Administrator • Clerk of Court

Date: 11/6/03

By: _____
Deputy Clerk

*no response*